**Leon SABEL and Ellen Sabel v. METRO-POLITAN LIFE INSURANCE COMPANY.**

No. 9919.

Circuit Court of Appeals, Ninth Circuit.

Sept. 29, 1941.

F. Eldred Boland, John H. Riordan, and F. J. Kilmartin, all of San Francisco, Cal., for appellee.

No appearance entered on behalf of appellants.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of appellee for dismissal of the appeal herein for failure of appellants to file record and docket cause, and good cause therefor appearing, ordered motion granted, and appeal dismissed; that a judgment be filed and entered accordingly, and mandate of this court issue forthwith.

**UNITED STATES of America v. Balbino ACHABAL.**

No. 9703.

Circuit Court of Appeals, Ninth Circuit.

Sept. 29, 1941.

Norman M. Littell, Asst. U. S. Atty. Gen., of Washington, D. C., Miles N. Pike, U. S. Atty., of Reno, Nev., and Charles R. Denny, Vernon L. Wilkinson, and W. Robert Koerner, Attys. Dept. of Justice, all of Washington, D. C., for appellant.

Milton B. Badt and Orville R. Wilson, both of Elko, Nev., and Donovan, Leisure,

Newton & Lumbard, of New York City, for appellee.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Counsel for respective parties having filed in this cause a stipulation that the decision of the Supreme Court of the United States in Brooks v. Archie Dewar, 313 U.S. 354, 61 S.Ct. 979, 85 L.Ed. 1399, decided May 26, 1941, is decisive of the issues involved and presented in the appeal in this cause, and that the judgment of the District Court herein may be reversed and the cause remanded, and good cause therefor appearing, ordered judgment of the District Court, 34 F.Supp. 1, herein reversed, and that this cause be remanded to the said District Court for further proceedings; that a judgment be filed and entered accordingly; and that the mandate of this court in this cause issue forthwith.

e

**UNITED STATES of America, Defendant, Appellant, v. Stanley M. BOLSTER, Trustee, Plaintiff, Appellee.**

No. 3712.

Circuit Court of Appeals, First Circuit.

Sept. 16, 1941.

Edmund J. Brandon, U. S. Atty., and George F. Garrity, Asst. U. S. Atty., both of Boston, Mass., for appellant.

S. R. Wrightington, of Boston, Mass., for appellee.

PER CURIAM.

Upon motion of appellant, it is ordered that this case be docketed, and it is further ordered that the appeal herein, 38 F.Supp. 625, be, and the same hereby is, dismissed without costs to either party.